UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PATRICIA VALENTINE                                    CIVIL ACTION

VERSUS                                                NO:  05-0570-MLCF-SS

CITY OF NEW ORLEANS, et al

## ORDER

DEFENDANTS' MOTION TO COMPEL AND FOR SANCTIONS (Rec. doc. 12)

**GRANTED IN PART AND DENIED IN PART**

The motion of the defendants, City of New Orleans and Jeffrey Jacomine, to compel discovery from the plaintiff, Patricia Valentine ("Valentine"), and for sanctions was set for submission on July 5, 2006. Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to defendants' motion to compel discovery was timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing that the motion has merit,

IT IS ORDERED that defendants' motion to compel discovery (Rec. doc. 11) is GRANTED in PART and DENIED in PART.[1]  Valentine is ordered to respond to defendants' discovery requests fully and in writing, in accordance with Federal Rules of Civil Procedure 33 and 34 within ten (10) working days of the entry of this order.  All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived.  The request for sanctions is denied.

New Orleans, Louisiana, this 7th day of July, 2006.

**SALLY SHUSHAN**
**United States Magistrate Judge**

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.